## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | | |
| Stephen M. Ahrendt, and | ) | Bk 13-19535 |
| Dena M. Ahrendt | ) | |
| Plaintiffs, | ) | Adv 13-00997 |
| | ) | |
| v. | ) | Chapter 13 |
| US Small Business Administration | ) | |
| Defendant. | ) | Judge Schmetterer |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

The Court has jurisdiction over this adversary pursuant to 28 U.S.C. sec. 151 et seq and 28 U.S.C. sec 1334 and Local Rule 2.33 of the United States District Court for the Northern District of Illinois. This is a core proceeding. The above referenced adversary case was filed July 26, 2013. The return date for the Summons was November 7, 2013. The Plaintiffs served US Small Business Administration, by regular US mail. US Small Business Administration has failed to answer or otherwise plead in this case. The Debtors Chapter 13 case was filed on May 8, 2013. It has not been confirmed.

Among Debtors scheduled assets is the Debtors' residence, commonly known as 18040 Lorenz Avenue, Lansing, IL 60438, PIN # 30-31-219-039, 040, 041. The appraised value of said real estate is $95,000.00 as demonstrated by the Uniform Residential Appraisal Report of record. US Small Business Administration holds a second mortgage on the subject premises. The lien of the first mortgage held by Beneficial Mortgage is $174,249.00. The lien of the second mortgage held by US Small Business Administration is $21,393.00 at this time.

Under sections 506(a) and 506(d), US Small Business Administration's second mortgage would be an allowed secured claim to the extent of the value of the estates interest in the property securing the claim, and would be void to the extent it is not an allowed secured claim. Under sections 506(a) and 506(d), US Small Business Administration's second mortgage would be an allowed secured claim to the extent of the value of the estates interest in the property securing the claim, and would be void to the extent it is not an allowed secured claim. The amount owed on the first mortgage, $174,249.00, exceeds the value of the real estate, $95,000.00. US Small Business

Administration's second mortgage is wholly unsecured and may be stripped off. (See *In re: Pence,* 905 F.2d 1107 (7th Cir. 1990), *In Re: King,* 290 B.R. 642(C.D. Ill.2003), and this Court's opinion in *In re Forrest,* 09 B 20874 (N.D. Ill. 9/16/2009) *Slip Op.*

WHEREFORE, for the foregoing reasons, a judgment by default will be entered in favor of the Plaintiffs and against Defendant US Small Business Administration, stripping the Defendant's second mortgage on the Plaintiffs residential real estate.

ENTERED

U.S. Bankruptcy Judge

JAN 07 2014

Dated: 1/7/14

Rachael C. King
Edwin L. Feld & Associates, LLC
29 S. LaSalle, Suite 328
Chicago, IL 60603
(312) 263-2100